The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## RODGERS v. STATE.
### No. 19258.

Court of Criminal Appeals of Texas.
Dec. 15, 1937.

McKinney & Henson, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment of the trial court is affirmed.

jurisdiction, and since in felony cases the sentence is the final judgment, it must appear in the record or the appeal will be dismissed. See 4 Tex.Jr. § 122, p. 171, citing many supporting cases, among them being McNeal v. State, 112 Tex.Cr.R. 533, 17 S.W.2d 1050.

The appeal is dismissed.